*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

TYLER MAURICE TATE,

        Defendant-Appellant.

UNPUBLISHED
January 4, 2024

No. 338360
Wayne Circuit Court
LC No. 16-010656-01-FJ

ON REMAND

Before: M. J. KELLY, P.J., and MARKEY and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

I concur with the majority as to the outcome and in most of its analysis. As I stated in dissent from our previous opinion, I do not agree that the trial court properly considered defendant's youth when imposing sentence. However, that issue was resolved by the Supreme Court's decision to remand solely on the issue of proportionality.

Review for proportionality in this case is no easy task. Defendant was not the shooter, and, at age 16, was obviously influenced by the gang culture in which he had become involved. However, the evidence is clear that he knowingly and willingly participated in a murder characterized by lying in wait, which unequivocally demonstrates premeditation.

Defendant refers us to other juvenile cases in which 40-year minimums were imposed, and points out that, in those cases, the defendant directly committed the murderous assaults. However, under the law that governs our review and the facts of the case, I cannot say that the trial court abused its discretion or imposed a disproportionate sentence.

/s/ Douglas B. Shapiro